THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* WALTER CHARLES YORK, Defendant-Appellant.

(No. 74-87;

Third District—July 11, 1974.

PER CURIAM.

James Geis, of the State Appellate Defender's Office, of Ottawa, for appellant.

David DeDoncker, State's Attorney, of Rock Island, for the People.